| | | |
|---|---|---|
| James T.L., Matter of (Robert L.) | 2d Dept: 141 AD3d 525 (Proceeding No. 2) | denied* |
| Kinsey v City of New York | 1st Dept: 141 AD3d 420 | denied |
| Kira G., Matter of (Dustin L.) | 2d Dept: 141 AD3d 657 (Proceeding No. 2) | denied |
| Kira G., Matter of (Talia G.) | 2d Dept: 141 AD3d 657 (Proceeding No. 2) | denied* |
| Morales v Avalon Bay Communities, Inc. | 1st Dept: 140 AD3d 533 | denied |
| 192nd St. LLC v 569 W. 192nd St., LLC | 1st Dept: 140 AD3d 592 | denied |
| People v Figueroa | 4th Dept: 141 AD3d 1112 | denied |
| People v Lightaul | 3d Dept: 138 AD3d 1256 | denied |
| People v Moshman | 4th Dept: 141 AD3d 1176 | denied* |
| People v Reuter | 2d Dept: 140 AD3d 1143 | denied |
| TDD Irrevocable Trust v J & A Saporta Realty Corp. | 2d Dept: 139 AD3d 706, 708 | denied |
| VSA Architectural Consultants, P.C., Matter of, v State of N.Y. Div. of Human Rights | 1st Dept: 138 AD3d 499 | denied |

## Decided November 17, 2016

| | | |
|---|---|---|
| Grace J., Matter of (Steven J.) | 2d Dept: 140 AD3d 1166 | denied |
| Grand Imperial, LLC, Matter of, v New York City Bd. of Stds. & Appeals | 1st Dept: 137 AD3d 579 | denied |
| Leon Holdings, LLC v Northville Indus. Corp. | 2d Dept: 134 AD3d 910 | denied |
| Monte, Matter of, v Miccoli | 1st Dept: 140 AD3d 617 | denied* |
| Monte, Matter of, v Miccoli | 1st Dept: 140 AD3d 630 | denied* |
| Monte, Matter of, v Mingo | 1st Dept: 140 AD3d 617 | denied* |
| Palmieri v Fred Shore Beach Club, Inc. | App Div, 2d Dept: 2015 NY Slip Op 94171(U) | denied |
| People ex rel. Grafton v Sposato | App Div, 2d Dept: 2016 NY Slip Op 66660(U) | denied |
| People ex rel. Wingate v Capra | App Div, 2d Dept: 2015 NY Slip Op 92435(U) | denied |
| Samima I.A.C., Matter of (Idzumi S.S.) | 2d Dept: 141 AD3d 582 | denied* |
| State of New York, Matter of, v Clyde J. | 2d Dept: 141 AD3d 723 | denied |

* Motion for poor person relief dismissed as academic or denied.